| | | | |
|---|---|---|---|
| 186P10-2 | State v. David Felton | 1. Def's *Pro Se* Petition for Writ of Certiorari to Review Order of COA (COAP15-162)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as moot |
| 185P15 | In the Matter of the Foreclosure by Philip A. Glass, Substitute Trustee of a Deed of Trust Executed by Richard Phillip Brittain, Dated June 29, 2006 and Recorded in Book 180 at Page 755, of the Henderson County Public Registry | Respondent's PDR Under N.C.G.S. § 7A-31 (COA14-1078) | Denied |
| 189P15 | A.B. Cooper, Jr. v. Julian Everette Cameron, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA14-1017) | Denied |
| 191P15 | Bruce D. Taylor v. Howard Transportation, Inc., and Travelers Indemnity Company of America | Plt's PDR Under N.C.G.S. § 7A-31 (COA14-922) | Denied |
| 194P15 | State v. Julie Ann English | Def's PDR Under N.C.G.S. § 7A-31 (COA14-952) | Denied |
| 195P15 | State v. Timmy Strickland | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP15-340) | Denied |
| 196A15 | North Carolina State Bar v. Willie D. Gilbert, II | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA14-1159)<br><br>2. Plt's Motion to Dismiss Appeal<br><br>3. Def's Petition for *Writ of Certiorari* | 1. —<br><br>2. Allowed<br><br>3. Denied |
| 197P15 | James R. Crider, Sr., and wife, Kathy Crider v. John Vincent Cattie, M.D. | Plts' PDR Under N.C.G.S. § 7A-31 (COA14-603) | Denied |